```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


DERICK SAMUEL,                    )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )     No. 4:05-CV-2284 (CEJ)
                                  )
CLARIANT CORPORATION,             )
                                  )
            Defendant.            )
```

**ORDER**

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of May, 2006.