```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

DERICK SAMUEL,                    )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )    No. 4:05-CV-2284 (CEJ)
                                  )
CLARIANT CORPORATION,             )
                                  )
          Defendant.              )
```

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the parties' joint motion [#15] to dismiss the complaint with prejudice is **granted**. The parties shall bear their respective costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 30th day of October, 2006.